**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| INTEGRATIVE CHIROPRACTIC CENTER, P.C., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, INC., and PRINCIPAL LIFE INSRUANCE COMPANY,<br><br>Defendant. | Case No. 4:09-CV-00393-RP-TJS<br><br>Judge Robert W. Pratt |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), voluntarily dismisses without prejudice the above-entitled action. Nothing was either offered to or accepted by Plaintiff or its counsel in exchange for this voluntary dismissal. Court approval of this voluntary dismissal is not required under Federal Rule of Civil Procedure 23(e) because no class has been certified.

Dated: December 18, 2009.

Respectfully submitted,

/s/ Brian P. Galligan
Brian P. Galligan AT0002632
**GALLIGAN & REID, P.C.**
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239
Telephone: (515) 282-3333
Facsimile: (515) 282-0318
Email: bgalligan@galliganlaw.com

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
116 John Street, Suite 2310
New York, New York 10038
Telephone: (212) 868-3610
Facsimile: (212) 918-7967
Email: ronen@sarrafgentile.com
Email: joseph@sarrafgentile.com

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
2499 Glades Road, Suite 112
Boca Raton, Florida 33434
Telephone: (561) 392-4750
Facsimile: (561) 392-4775
Email: kvianale@vianalelaw.com

*Attorneys for Plaintiff*

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on each of the parties herein by:

_____ mailing
_____ hand-delivering, or
_____ faxing
__X_____ CM-ECF

a copy thereof to the attorney of record for such party at the last known address on December 18, 2009.
By: Heather J. Bauman